IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALOYSIUS D. BLACKCROW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE COUNTY, MONTANA, et al.,<br><br>Defendants, | JUDGMENT IN A CIVIL CASE<br><br>9:21-cv-00097-DWM<br>9:21-cv-00122-DWM<br>9:21-cv-00125-DWM<br>9:21-cv-00132-DWM<br>9:22-cv-00001-DWM<br>9:22-cv-00002-DWM<br>9:22-cv-00003-DWM<br>9:22-cv-00004-DWM<br>9:22-cv-00005-DWM<br>9:22-cv-00006-DWM<br>9:22-cv-00007-DWM<br>9:22-cv-00008-DWM<br>9:22-cv-00009-DWM<br>9:22-cv-00010-DWM<br>9:22-cv-00013-DWM<br>9:22-cv-00014-DWM<br>9:22-cv-00021-DWM<br>9:22-cv-00022-DWM<br>9:22-cv-00024-DWM<br>9:22-cv-00025-DWM<br>9:22-cv-00029-DWM<br>9:22-cv-00031-DWM<br>9:22-cv-00036-DWM<br>9:22-cv-00037-DWM<br>9:22-cv-00038-DWM<br>9:22-cv-00042-DWM<br>9:22-cv-00046-DWM<br>9:22-cv-00048-DWM<br>9:22-cv-00049-DWM<br>9:22-cv-00061-DWM<br>9:22-cv-00062-DWM |

|   | 9:22-cv-00094-DWM |
|---|---|
|   | 9:22-cv-00097-DWM |
|   | 9:22-cv-00100-DWM |
|   | 9:22-cv-00106-DWM |
|   | 9:22-cv-00110-DWM |
|   | 9:22-cv-00117-DWM |
|   | 9:22-cv-00124-DWM |
|   | 9:22-cv-00135-DWM |
|   | 9:22-cv-00148-DWM |
|   | 9:22-cv-00150-DWM |
|   | 9:22-cv-00151-DWM |
|   | 9:22-cv-00152-DWM |
|   | 9:22-cv-00153-DWM |
|   | 9:22-cv-00154-DWM |
|   | 9:22-cv-00155-DWM |
|   | 9:22-cv-00156-DWM |
|   | 9:22-cv-00157-DWM |
|   | 9:22-cv-00162-DWM |
|   | 9:22-cv-00170-DWM |
|   | 9:22-cv-00171-DWM |
|   | 9:22-cv-00173-DWM |
|   | 9:22-cv-00175-DWM |
|   | 9:22-cv-00178-DWM |
|   | 9:22-cv-00182-DWM |
|   | 9:22-cv-00185-DWM |
|   | 9:22-cv-00198-DWM |
|   | 9:23-cv-00012-DWM |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 12, 2024, this action is DISMISSED.

Dated this 12th day of March, 2024.

       TYLER P. GILMAN, CLERK

       By: /s/ T. Gesh
       T. Gesh, Deputy Clerk